UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN UNANGST, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONTRA COSTA COUNTY OF THE STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 16-cv-00680-EDL<br><br>**ORDER GRANTING DEFENDANT ROBYN FUCHS'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Re: Dkt. No. 61 |

Defendant Robyn Fuchs requests that her attorney, Aaron Lavine, be permitted to appear by telephone at the Status Conference scheduled for July 6, 2016 at 11:00 a.m.

Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.

Counsel shall contact CourtCall at 1-888-882-6878 to make the arrangements to appear by telephone.

**IT IS SO ORDERED.**

Dated: July 5, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge