ROBERT N. BERG, ESQ. (SBN 99319)
(rberg@mrllp.com)
DAVID M. SAMUELS, ESQ. (SBN 155254)
(dsamuels@mrllp.com)
CELINA C. KIRCHNER, ESQ. (SBN 293446)
(ckirchner@mrllp.com)
**MICHELMAN & ROBINSON, LLP**
One Post Street, Suite 2500
San Francisco, CA 94104
Tel:  (415) 882-7770
Fax: (415) 882-1570

Attorneys for Defendant and Cross-Defendant
FAMILIES FOR CHILDREN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN UNANGST and KARLA GARVEY, in their individual capacities and as successors-in-interest to the estate of decedent Steven Gavin Unangst,<br><br>Plaintiffs<br><br>v.<br><br>CONTRA COSTA COUNTY OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA, CONTRA COSTA COUNTY, EMPLOYMENT & HUMAN SERVICES; JOAN MILLER, in her individual and official capacities; MONICA MADRIGIL, in her individual and official capacities; FAMILIES FOR CHILDREN, INC.; DAVID SCHWARTZ, in his individual and official capacities; DOROTHY BROWN, in her individual and official capacities; ROBYN FUCHS; and DOES 1 through 50,<br><br>Defendants. | Case No.: C16-00680 EMC<br><br>**STIPULATION TO CONTINUE TIME TO RESPOND TO THE CROSS-CLAIM OF ROBYN FUCHS**<br><br>DEPT:    5<br>JUDGE:    Hon. Edward M. Chen<br>Complaint Filed: December 2, 2015 |

The parties, by and through their counsel of record, hereby stipulate that, as the parties are awaiting a final order from the Court on moving Defendants' 12(b)(6) Motions pertaining to the First Amended Complaint filed by Plaintiffs/Cross-Defendants Steven Unangst and Karla Garvey, *see* ECF No. 64, it is stipulated and agreed that Cross-Defendants shall have up to and including September 1, 2016 to respond to the Cross-Claim of Robyn Fuchs.

Dated: July 14, 2016     **MICHELMAN & ROBINSON, LLP**

By:   /s/ *Robert N. Berg*
    ROBERT N. BERG, ESQ.
    DAVID M. SAMUELS, ESQ.
    CELINA C. KIRCHNER, ESQ.
    Attorneys for Defendant and Cross-Defendant
    FAMILIES FOR CHILDREN, INC.

Dated: July 14, 2016     **CASPER, MEADOWS, SCHWARTZ & COOK**

By:   /s/ *Larry E. Cook*
    LARRY E. COOK, ESQ.
    Attorneys for Plaintiffs and Cross-Defendants
    STEVEN UNANGST and KARLA GARVEY

Dated: July 14, 2016     **SHARON L. ANDERSON**
                      **COUNTY COUNSEL**

By:   /s/ *D. Cameron Baker*
    D. CAMERON BAKER, ESQ.
    Deputy County Counsel
    Attorneys for Defendants and Cross-Defendants
    JOAN MILLER and MONICA MADRIGAL

Dated: July 14, 2016     **ISCANDARI & ASSOCIATES**

By:   /s/ *Alieu M. Iscandari*
    ALIEU M. ISCANDARI, ESQ.
    Attorneys for Defendant and Cross-Defendant
    DOROTHY BROWN

STIPULATION TO CONTINUE TIME TO RESPOND TO THE CROSS-CLAIM OF ROBYN FUCHS
SF25598

| | | |
|---|---|---|
| 1 | Dated: July 13, 2016 | GAVIN CUNNINGHAM & HUNTER |
| 2 | | *Alan F. Hunter* |
| 3 | | By: _____ |
| 4 | | ALAN F. HUNTER, ESQ. |
| | | Attorneys for Defendant and Cross-Defendant |
| | | DAVID SCHWARTZ |

Dated: July 14, 2016                LAYFIELD & BARRETT, APC

By: _____
AARON LAVINE, ESQ.
Attorneys for Defendant and Cross-Complainant
ROBYN FUCHS

## ORDER

There being good cause, IT IS ORDERED, that Cross-Defendants shall have up to and including September 1, 2016 to file their responsive pleadings in the Cross-Claim filed by Defendant/Cross-Complainant Robyn Fuchs (ECF No. 65).

IT IS SO ORDERED.

Dated: 7/20/16

EDWARD M. CHEN
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]

## PROOF OF SERVICE
### STEVEN UNANGST, et al. v. CONTRA COSTA COUNTY, et al.
### USDC CASE NO. C16-00680 EMC

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Post Street, Suite 2500, San Francisco, CA 94103.

On **July 14, 2016,** I served the foregoing document(s) described as follows:

**STIPULATION TO CONTINUE TIME TO RESPOND TO THE CROSS-CLAIM OF ROBYN FUCHS and ORDER**

on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope(s) addressed to the following addressee(s):

*SEE ATTACHED SERVICE LIST*

[X]  **(BY ELECTRONIC ACCESS):** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the Northern District Court website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

Executed on **July 14, 2016**, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

_____
Stacey Muller.

PROOF OF SERVICE

# SERVICE LIST

| | |
|---|---|
| Larry E. Cook<br>CASPER, MEADOWS, SCHWARTZ & COOK<br>2121 N. California Blvd., Suite 1020<br>Walnut Creek, CA  94596<br>Tel: (925) 947-1147<br>Fax: (925-947-1131<br>Email: cook@cmslaw.com<br>*Via CM/ECF Electronic Service* | Attorney for Plaintiffs, STEVEN UNANGST and KARLA GARVEY |
| Alieu M. Iscandari<br>ISCANDARI & ASSOCIATES<br>19635 Meekland Avenue<br>Hayward, CA  94541<br>Tel: (510) 606-9062<br>Fax: (510) 722-2241<br>Email: izcan79@gmail.com<br>*Via CM/ECF Electronic Service* | Attorney for Defendant, DOROTHY BROWN |
| Sharon L. Anderson<br>D. Cameron Baker<br>Deputy County Counsel<br>COUNTY OF CONTRA COSTA<br>651 Pine Street, Ninth Floor<br>Martinez, California 94553<br>Tel: (925) 335-1800<br>Fax: (925) 335-1866<br>Email: cameron.baker@cc.ccounty.us<br>*Via CM/ECF Electronic Service* | Attorneys for Defendants, CONTRA COSTA COUNTY, JOAN MILLER and MONICA MADRIGAL |
| Elizabeth Gong Landess, Esq.<br>Alan F. Hunter, Esq.<br>GAVIN CUNNINGHAM & HUNTER<br>1530 The Alameda, Suite 210<br>San Jose, CA  95126<br>Tel:  408.294.8500<br>Fax:  408.294.8596<br>Email:  hunter@gclitigation.com<br>          landess@gclitigation.com<br>*Via CM/ECF Electronic Service* | Attorneys for Defendant, DAVID SCHWARTZ |

| | | |
|---|---|---|
| 1 | Frank Ozello, Esq. | Attorneys for Defendant, ROBYN FUCHS |
| 2 | Aaron Lavine, Esq. | |
| | LAYFIELD & BARRETT, APC | |
| 3 | 633 West Fifth Street, Suite 3300 | |
| | Los Angeles, CA  90071 | |
| 4 | Tel: 844 993-3743 | |
| | Fax: 800 611-9861 | |
| 5 | Email:  f.ozello@layfieldbarrett.com | |
| 6 | a.lavine@layfieldbarrett.com | |
| | ***Via CM/ECF Electronic Service*** | |
| 7 | | |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**