Alan F. Hunter, Esq. SBI 099805
Elizabeth G. Landess, Esq. SBI 138353
**GAVIN CUNNINGHAM & HUNTER**
1530 The Alameda, Suite 210
San Jose, California 95126
Email: hunter@gclitigation.com
Telephone: 408/294-8500
Telefax: 408/294-8596

Attorneys for Defendant David Schwartz

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN UNANGST, in his individual capacity and as successor-in-interest to the estate of decedent Steven Gavin Unangst, and KARLA GARVEY, in her individual capacity, <br><br> Plaintiffs, <br><br> vs. <br><br> CONTRA COSTA COUNTY OF THE STATE OF CALIFORNIA, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIM. | Case No.: C16-00680-EMC <br><br> **STIPULATION OF DISMISSAL & RELATED ORDER OF DISMISSAL** |

## STIPULATION OF DISMISSAL

The parties to the above-captioned action, by and through their respective attorneys of record, and in connection with the global settlement of the above-captioned action, hereby agree and stipulate as follows: [1] Plaintiff Steven Unangst and Plaintiff Karla Garvey hereby

dismiss the above-captioned action in its entirety and with prejudice – and with all parties bearing their own attorneys' fees, costs and expenses; [2] Cross-Claimant Robyn Fuchs hereby dismisses the above-captioned cross-claim in its entirety and with prejudice – and with all parties bearing their own attorneys' fees, costs and expenses; [3] all parties stipulate to the dismissal of the entire action and cross-claim as stated above and consent to the same; and [4] this stipulation may be executed in counterparts and by way of facsimile or electronic signatures all with the same force and effect of a single original document.

Dated: October 11, 2016

GAVIN CUNNINGHAM & HUNTER

By: /s/ Alan F. Hunter

Alan F. Hunter – Attorneys for Defendant and Cross-Defendant David Schwartz

Dated: _____

MICHELMAN & ROBINSON, LLP

By: _____
Robert N. Berg – Attorneys for
Defendant and Cross-Defendant
Families For Children, Inc.

Dated: _____

CASPER, MEADOWS, SCHWARTZ & COOK

By: _____
Larry E. Cook – Attorneys for Plaintiffs and
Cross-Defendants Steven Unangst & Karla Garvey

Dated: _____

SHARON L. ANDERSON - COUNTY COUNSEL

By: _____
D. Cameron Baker – Deputy County Counsel
Attorneys for Defendants and Cross-Defendants
Contra Costa County, Joan Miller & Monica Madrigal

dismiss the above-captioned action in its entirety and with prejudice – and with all parties bearing their own attorneys' fees, costs and expenses; [2] Cross-Claimant Robyn Fuchs hereby dismisses the above-captioned cross-claim in its entirety and with prejudice – and with all parties bearing their own attorneys' fees, costs and expenses; [3] all parties stipulate to the dismissal of the entire action and cross-claim as stated above and consent to the same; and [4] this stipulation may be executed in counterparts and by way of facsimile or electronic signatures all with the same force and effect of a single original document.

Dated: October 11, 2016

GAVIN CUNNINGHAM & HUNTER

By: /s/ Alan F. Hunter

Alan F. Hunter – Attorneys for Defendant and Cross-Defendant David Schwartz

Dated: 10-31-16

MICHELMAN & ROBINSON, LLP

By: [signature]

Robert N. Berg – Attorneys for Defendant and Cross-Defendant Families For Children, Inc.

Dated: _____

CASPER, MEADOWS, SCHWARTZ & COOK

By: _____

Larry E. Cook – Attorneys for Plaintiffs and Cross-Defendants Steven Unangst & Karla Garvey

Dated: _____

SHARON L. ANDERSON - COUNTY COUNSEL

By: _____

D. Cameron Baker – Deputy County Counsel
Attorneys for Defendants and Cross-Defendants Contra Costa County, Joan Miller & Monica Madrigal

NOTICE OF SETTLEMENT – 2
UNANGST v. CONTRA COSTA COUNTY – C16-00680-EMC

dismiss the above-captioned action in its entirety and with prejudice – and with all parties bearing their own attorneys' fees, costs and expenses; [2] Cross-Claimant Robyn Fuchs hereby dismisses the above-captioned cross-claim in its entirety and with prejudice – and with all parties bearing their own attorneys' fees, costs and expenses; [3] all parties stipulate to the dismissal of the entire action and cross-claim as stated above and consent to the same; and [4] this stipulation may be executed in counterparts and by way of facsimile or electronic signatures all with the same force and effect of a single original document.

Dated: October 11, 2016

**GAVIN CUNNINGHAM & HUNTER**

By: /s/ Alan F. Hunter
Alan F. Hunter – Attorneys for Defendant
and Cross-Defendant David Schwartz

Dated: _____

**MICHELMAN & ROBINSON, LLP**

By: _____
Robert N. Berg – Attorneys for
Defendant and Cross-Defendant
Families For Children, Inc.

Dated: 10/20/16

**CASPER, MEADOWS, SCHWARTZ & COOK**

By: _____
Larry E. Cook – Attorneys for Plaintiffs and
Cross-Defendants Steven Unangst & Karla Garvey

Dated: _____

**SHARON L. ANDERSON - COUNTY COUNSEL**

By: _____
D. Cameron Baker – Deputy County Counsel
Attorneys for Defendants and Cross-Defendants
Contra Costa County, Joan Miller & Monica Madrigal

dismiss the above-captioned action in its entirety and with prejudice – and with all parties bearing their own attorneys' fees, costs and expenses; [2] Cross-Claimant Robyn Fuchs hereby dismisses the above-captioned cross-claim in its entirety and with prejudice – and with all parties bearing their own attorneys' fees, costs and expenses; [3] all parties stipulate to the dismissal of the entire action and cross-claim as stated above and consent to the same; and [4] this stipulation may be executed in counterparts and by way of facsimile or electronic signatures all with the same force and effect of a single original document.

Dated: October 11, 2016

GAVIN CUNNINGHAM & HUNTER

By: /s/ Alan F. Hunter

Alan F. Hunter – Attorneys for Defendant and Cross-Defendant David Schwartz

Dated: _____

MICHELMAN & ROBINSON, LLP

By: _____
Robert N. Berg – Attorneys for Defendant and Cross-Defendant Families For Children, Inc.

Dated: _____

CASPER, MEADOWS, SCHWARTZ & COOK

By: _____
Larry E. Cook – Attorneys for Plaintiffs and Cross-Defendants Steven Unangst & Karla Garvey

Dated: 10/31/16

SHARON L. ANDERSON - COUNTY COUNSEL

By: _____
D. Cameron Baker – Deputy County Counsel
Attorneys for Defendants and Cross-Defendants Contra Costa County, Joan Miller & Monica Madrigal

Dated: _____  **ISCANDARI & ASSOCIATES**

By: _____/S/ *M. ALIEU ISCANDARI*___
Alieu M. Iscandari – Attorneys for Defendant
and Cross-Defendant Dorothy Brown

Dated: _____  **LAYFIELD & BARRETT APC**

By: _____
Aaron Lavine – Attorneys for Defendant and
Cross-Claimant Robyn Fuchs

### ORDER OF DISMISSAL

The above stipulation is hereby approved and ordered enforced. The above-captioned action and cross-claim is hereby dismissed in their entirety and with prejudice.

Dated: _____

_____
Judge of the United States District Court

Dated: _____        ISCANDARI & ASSOCIATES

By: _____
   Alieu M. Iscandari – Attorneys for Defendant
   and Cross-Defendant Dorothy Brown

Dated: **11/10/2016**        LAYFIELD & BARRETT APC

By: _____
   Aaron Lavine – Attorneys for Defendant and
   Cross-Claimant Robyn Fuchs

### ORDER OF DISMISSAL

The above stipulation is hereby approved and ordered enforced. The above-captioned action and cross-claim is hereby dismissed in their entirety and with prejudice.

Dated: 11/21/2016
_____
Judge of the United States District Court

IT IS SO ORDERED
Judge Edward M. Chen

GAVIN CUNNINGHAM & HUNTER
Attorneys at Law - San Jose, California
www.gclitigation.com